[226] THE STATE v. CLARK, CLERK OF GLOUCESTER.

A return of a road laid out under the act of November 29th, 1792, should specify all the courses and distances, and if this is omitted, the return must be quashed.

On a *certiorari* directed to the clerk of the county of Gloucester, to remove the return of a road laid out in Woolwich township, under the act of the 29th of November, 1792.

*Lawrence,* for the state, took several exceptions to the return, among others, that the surveyors had not specified the

courses and distances of the road, as is required by the act of assembly. Some of the courses are thus described : " thence south, sixty-three degrees and a-half east, one hundred and forty-seven chains fifty links, and along the line between Samuel Black's land and William Carney's lot, and through the said Black's land to the road aforesaid."

PER CUR. This exception must prevail. The return should have specified the course and distance through Black's land.

Return quashed.

*Leake* for the return.